38 So.2d 208

**Sarah WILSON, alias Virginia Lee v. STATE.**

6 Div. 629.

Court of Appeals of Alabama.

Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 63

**Iberia Cleveland WILLIS v. STATE.**

8 Div. 697.

Court of Appeals of Alabama.

Jan. 25, 1949.

W. A. Barnett, of Florence, for appellent.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 63

**Easter WOOD, alias Doe v. STATE.**

6 Div. 708.

Court of Appeals of Alabama.

Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 927

**John WOODS v. CITY OF JASPER.**

6 Div. 840.

Court of Appeals of Alabama.

April 21, 1949.

PER CURIAM.
Appeal dismissed, want of prosecution.

41 So.2d 927

**Mack WRIGHT v. STATE.**

6 Div. 822.

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

39 So.2d 64

**Woodrow WRIGHT v. STATE.**

8 Div. 683.

Court of Appeals of Alabama.

Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.